




**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
**BURL CAIN**
**COMMISSIONER**

**Superintendent**
**Mississippi State Penitentiary**

**Post Office Box 609**
**Parchman, Mississippi 38738**
**(662)745-6611**

March 19, 2025

Inmate: Vince Moore #K6034
Unit: 30A

RE: YOUR REQUEST FOR ADMINISTRATIVE REMEDY:

Your request for administrative remedy has been received by this office and is being returned for the following reason(s):

_____________(1) **Your "Relief Sought" is unclear.** You must be more specific in your relief.

______X______(2) You did not specify a relief. "Relief Sought".
**NOTE: The Medical Department has been notified.**

Sincerely,

J. Morgan, Inv. II.
Administrative Remedy Program

JM/

Pc: File

THIS IS A REQUEST FOR A ADMINISTRATIVE REMEDY

FROM: Vince A. Moore
# K6034

On or About the months of Nov-2023 through Feb 2024. I was housed in 29 C Bld. During that time my Jaw was broke. I was not seen by Medical staff until days after it happen, and I was told I need an ex-ray. When they ex-rayed my Jaw I was told the ex-ray, showed something and they would let one know. Between 30 or 45 days later. I was took to a freeworld DR. Whom exrayed and examined me, He told me It had and was broke, That it had been to long to wire my Jaw that it seem to be healing, Now I have been suffing from ringing in my ear I bite the inside of my jaw when I eat I am all ways having problems with my heairing and head hurting on that side. Since then I have filled out numuros, sick calls forms Concerning; the ringing in my ears; and the headaches I now suffer from. I filled out numurous sick call requests. And nothing has been done. I have ask to be screened for cancer; Due to the knots under my skin,

Medical staff refuses to screen me; OR send me to a DR. MDOC log books and camrea footage show all this; When my Jaw got broke, staff just watched it happen on cramera. Even as a MDOC Inmate My family pays taxes. We deserve Medical treatment from the State of Mississippi and The Mississippi Dept. OF Crecttions; That Goverment funds are also given to this state, To help provide Medical Services to Inmates

Offender

Vince A. Moore
# K6034

ARP Attached + Remedy Requested Denided failed to exzualt

STATE OF MISSISSIPPI
DEPARTMENT OF CORRECTIONS
BURL CAIN
COMMISSIONER

Superintendent
Mississippi State Penitentiary

Post Office Box 609
Parchman, Mississippi 38738
(662)745-6611

April 3, 2025

Inmate: Vince Moore #K6034
Unit: 30A

RE: YOUR REQUEST FOR ADMINISTRATIVE REMEDY:

Your request for administrative remedy has been received by this office and is being returned for the following reason(s):

____X____(1) **Your "Relief Sought" is unclear.** You must be more specific in your relief.

________(2) You did not specify a relief. "Relief Sought".

**NOTE: Your relief to go to "Federal Court" is not a grieveable by ARP. Please correct your relief and return request concerning medical issues. Relief should be based on the initial request.**

Sincerely,

J. Morgan, Inv. II.
Administrative Remedy Program

JM/

Pc: File

MSP-ARP F-2024

MISSISSIPPI STATE PENITENTIARY (MSP)
PO BOX 609
Parchman, MS 38738

# ARP: REQUEST FOR ADMINISTRATIVE REMEDY

Inmate Name: Vince A. Moore MDOC: K6034

Date of Incident: Nov 2023 - Dec 2024 Time of Incident: Look at cameras N/A Unit & Bed: 30-A-Bldg B-zone Bed 132

Place of Incident: MSP Unit 29 C-Bldg - B-zone

Alleged Complaint: This is a request for administrative remedy [redacted]
ON or About the mounths of Nov. 2023 - Feb. 2024. I was housed in 29 C Bldg. During that time my Jaw was broke. I was not seen by Medical staff until days after it happen. I was told I needed an exray. When they exrayed my Jaw I was told the exray showed something and they would let me know. Between 30 to 45 days later. I was took to a D.R. in Brandon Whom exrayed and examined me, He told me It was broke, That it had been to long to wire my Jaw that it seemed to be healing. I now suffer from ringing in my ear, I bite the inside of my when I eat I am always having problems with my hearing and head hurting on that side. Since then I have filled out numerous sick calls forms concerning the ringing in my ears, and the headaches I now suffer from. Nothing been done. I asked to be screened for cancer, Due to knots under my skin.

Continued on next Page

Relief Requested: [redacted]

To proceed to Fedral Court so I can recive the proper medical Treatment I have real medical problem with my head from this Incident that MDOC watch happen on camera, And then medical staff neglected the medical Issues. Can you send my next step Please along with the proper forms and the 1983

Vince A. Moore
Inmate Signature

Date

Legal/ARP *{Seal/Stamp}*

medical staff refuses to screen me; OR send me to a DR. MDOC Log Books and camrea footage shows all this) When my Jaw got broke, staff just watched it happen on camera. Even as a MDOC Inmate my family pays taxes. We deserve Medical treatment from the State of Mississippi and The Mississippi Dept. of Corrections, That Goverment funds are also given to this state, To help provide medical services to Inmates