**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**VINCE ARNOLD MOORE**                                              **PLAINTIFF**

**v.**                                                                          **No. 4:25CV162-JMV**

**MISSISSIPPI DEPARTMENT**
**OF CORRECTIONS, ET AL.**                                          **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the instant case is

**DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting

as a "strike" under 28 U.S.C. § 1915(g).

**SO ORDERED**, this, the 13th day of July, 2026.


                                                              /s/   Jane M. Virden
                                                              UNITED STATES MAGISTRATE JUDGE